IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOHN ALAN WALKER,                        )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        Case No. CIV-14-1118-D
                                         )
CAROLYN W. COLVIN,                       )
Acting Commissioner of Social Security   )
Administration,                          )
                                         )
            Defendant.                   )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Jones finds the Commissioner's decision denying Plaintiff's applications for disability insurance benefits and supplemental security income should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection nor requested additional time to object. Upon consideration, the Court finds Plaintiff has waived further judicial review.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 16] is ADOPTED. The Commissioner's decision is affirmed. Judgment shall be entered accordingly.

IT IS SO ORDERED this 7th day of March, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE